IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Susan Bertolli, | NO. C 12-00648 JW |
|     Plaintiff,<br>v.<br>Life Ins. Co. of North America, et al.,<br>    Defendants. | **SCHEDULING ORDER** |

This case is scheduled for a Case Management Conference on June 11, 2012. Pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules, the parties submitted a Joint Case Management Statement. (See Docket Item No. 16.) Based on the parties' submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the Case Management Conference is VACATED.

In their Statement, the parties contend that the Court should schedule a "half-day bench trial on the administrative record" in this ERISA matter, and that the trial should be set for February 5, 2013. (See Docket Item No. 16 at 5.) However, the Court finds that it would be premature to schedule a bench trial at this time. In ERISA cases, it is standard practice for parties to bring cross-motions for judgment under Fed. R. Civ. P. 52. See, e.g., Lee v. Kaiser Found. Health Plan Long Term Disability Plan, No. C 09-02176 JW, 2012 WL 664733, at *2 (N.D. Cal. Feb. 28, 2012).[1]

---

[1] In this circumstance, courts conduct "a *de novo* review of an administrator's denial of long-term disability benefits," which is to say that courts "effectively conduct[] a bench trial upon the record." Id. (citation omitted).

Accordingly, the Court finds that, at this time, it is appropriate to set a schedule for such cross-motions for judgment. The Court sets **December 10, 2012 at 9 a.m.** as a hearing date for the parties' anticipated cross-motions for judgment, which shall be briefed pursuant to the Civil Local Rules.

Dated:  June 5, 2012

*James Ware*

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrienne Clare Publicover Adrienne.Publicover@WilsonElser.com
Emily A. Bolt ebolt@boltkeenley.com
James Pieper Keenley jim@boltkeenley.com
Shivani Nanda shivani.nanda@wilsonelser.com

**Dated: June 5, 2012**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
        William Noble
        Courtroom Deputy**