1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  SHIVANI NANDA (SBN 253891)
   Email: Shivani.Nanda@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendants
7  LIFE INSURANCE COMPANY OF NORTH AMERICA
   and THE PERMANENTE MEDICAL GROUP, INC.
8  LONG TERM DISABILTY PLAN

9  JAMES P. KEENLEY (SBN 253106)
   Email: jim@boltkeenley.com
10 EMILY A. BOLT (SBN 253109)
   BOLT KEENLEY – ATTORNEYS AT LAW
11 1010 Grayson Street, Suite Two
   Berkeley, California 94710
12 Tel:   (510) 225-0696
   Fax:   (510) 225-1095
13
   Attorneys for Plaintiff
14 SUSAN BERTOLLI

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| SUSAN BERTOLLI, | Case No.: CV12-00648 EMC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE; [PR~~OP~~OPOSED] ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between plaintiff Susan Bertolli and defendants Life Insurance Company of North America and The Permanenette Medical Group, Inc. Long Term Disability Plan through their attorneys of record, as follows:

---

1
**STIPULATION TO DISMISS WITH PREJUDICE**
USDC NDCA CASE NO. CV12-00648 EMC

1. The parties have reached a confidential settlement of all claims asserted or that could have been asserted in this action.

2. The parties, through their counsel, stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Date: October 17, 2012         WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

                               By:   /s/ Shivani Nanda
                                     ADRIENNE C. PUBLICOVER
                                     SHIVANI NANDA
                                     Attorneys for Defendants
                                     LIFE INSURANCE COMPANY OF NORTH
                                     AMERICA and THE PERMANENTE
                                     MEDICAL GROUP, INC. LONG TERM
                                     DISABILITY PLAN

Date: October 17, 2012         BOLT KEENLEY – ATTORNEYS AT LAW

                               By:   /s/ Jim Keenley
                                     JIM KEENLEY
                                     Attorneys for Plaintiff
                                     SUSAN BERTOLLI

1  **[PROPOSED] ORDER**

2  The parties having stipulated that the above-entitled action, and all claims for relief therein,
3  shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party
4  to bear its own costs and attorneys' fees,

5  **IT IS SO ORDERED.**

7  Dated: 10/18/12          By: _____
                                Edward M. Chen
8                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*